# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RICHARD PLACKO, CINDY PLACKO, and JOSHUA PLACKO, Individually And On Behalf Of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNIVERSITY OF ILLINOIS SYSTEM and RAMON CEPEDA, KAREEM DALE, DONALD J. EDWARDS, RICARDO ESTRADA, PATRICIA BROWN HOLMES NAOMI D. JAKOBSSON, STUART C. KING, EDWARD L. MCMILLAN, JILL B. SMART, ALI MIRZA, JOCELYN BRAVO, AUSTIN VERTHEIN, and GOVERNOR J.B. PRITZKER,<br><br>Defendants. | Case No.: 20-cv-03451<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

**PLEASE TAKE NOTICE** that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs hereby voluntarily dismiss without prejudice the above-captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by the Defendants of either an answer or a motion of summary judgment, Plaintiffs' dismissal of the Action is effective upon filing of this notice.

Dated: November 20, 2020

                                                 **CARLSON LYNCH LLP**

                                                 */s/ Kyle A. Shamberg*
                                                 Katrina Carroll
                                                 *kcarroll@carlsonlynch.com*
                                                 Kyle A. Shamberg
                                                 *kshamberg@ carlsonlynch.com*
                                                 111 W. Washington Street, Suite 1240

Chicago, IL 60602
Telephone: (312) 750-1265

**CARLSON LYNCH LLP**
Edward Ciolko
eciolko@carlsonlynch.com
Nicholas Colella
ncolella@carlsonlynch.com
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
Direct: 412.253.4989
Office: 412.322.9243
Fax: 412.231.0246

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
Robert J. Schupler
501 Fifth Avenue, 19th Floor
New York, NY 10017
Tel.: (212) 983-1300
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com
Email: rschupler@gme-law.com

*Attorneys for Plaintiffs*